UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALLAN PARMELEE,<br><br>    Plaintiff,<br><br> v.<br><br>SANDRA CARTER, *et al*,<br><br>    Defendants. | Case No. C05-5646RBL<br><br>ORDER DENYING PLAINTIFF'S MOTION REGARDING SPECIAL MAIL RESTRICTIONS |

 The Court, having reviewed the report and recommendation, plaintiff's motions for preliminary and permanent injunctive relief and the remaining record, hereby finds and ORDERS:

 (1) the Magistrate Judge's report and recommendation is approved and adopted;

 (2) plaintiff's motion to order all parties and the Court to comply with defendants' special mail restrictions or bar restrictions (Dkt. #26) is DENIED; and

 (3) the Clerk is directed to send copies of this Order to plaintiff and any other party that has appeared in this action.

DATED this 17th day of May, 2006.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1