1

HONORABLE RONALD B. LEIGHTON

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

ALLAN PARMELEE,

11

Plaintiff,

Case No. C05-5646 RBL

12

v.

ORDER

13

SANDRA CARTER, *et al,*

14

Defendants.

15

16

17      THIS MATTER comes on before the above-entitled Court upon several appeals of Magistrate Judge

18   Strombom's Orders.

19      Having considered the entirety of the records and file herein, the Court rules as follows:

20      This case has been referred to Magistrate Judge Strombom under 28 U.S.C. § 636.  Under Fed. R. Civ.

21   P. 72(a) the non-dispositive order of a magistrate judge to whom the matter has been referred for pretrial

22   matters may be reviewed by the district court upon the objection of a party.  The Court construes Plaintiff's

23   "appeals" to be such an objection.

24      Plaintiff's first objection [Dkt. #73] is to Judge Strombom's Order Regarding Plaintiff's Motion to

25   Compel Discovery from DOC Defendants [Dkt. #59].  The objection is not well-taken.  The Magistrate Judge

26   properly denied plaintiff's motion to compel because the requests were over-broad, burdensome and not

27   reasonably calculated to lead to admissible evidence and because Plaintiff failed to confer in good faith

28   regarding his discovery dispute as is required by the Federal Rules of Civil Procedure and this Court's Local

ORDER
Page - 1

1   Rules.

2       Plaintiff's next objection [Dkt. #76] is to Judge Strombom's Order Denying Plaintiff's Motion to

3   Enlarge Number of Interrogatories Allowed [Dkt. #60].   Again, the objection is not well-taken.   The

4   Magistrate Judge correctly determined that plaintiff should be limited to the twenty-five interrogatories allowed

5   under the rule because he was attempting to abuse the discovery process.

6       Plaintiff's next objection [Dkt. #77] is to Judge Strombom's Order Denying Plaintiff's Motion for

7   Reconsideration Regarding Order Denying Issuance of Subpoenas [Dkt. #62].   This objection will also be

8   denied because the defendants have all waived service and subponeas are therefore unnecessary.

9       Plaintiff's next objection [Dkt. #97] is to Judge Strombom's Order Remanding Claims Against Private

10  Parties to State Court [Dkt. #64].   Defendants Versuslaw and Joe Acton also object [Dkt. #115] to this Order

11  and request that this Court retain jurisdiction over the claims against them.   However, they differ from the

12  plaintiff's position in that they request that this Court also dismiss plaintiff's claims rather than remand them

13  to state court.   Both plaintiff's and defendants' objections are not well-taken.   Judge Strombom correctly

14  determined that there was no federal question present in plaintiff's claims against Versuslaw and Joe Acton

15  and properly declined to exercise supplemental jurisdiction over claims based solely on state law.   Because the

16  Magistrate Judge did not dismiss the claims but merely remanded them to state court, she acted within her

17  jurisdiction under 28 U.S.C. § 636.

18      Plaintiff's objection [Dkt #98] to Judge Strombom's Order Denying Plaintiff's Motion to File Over-

19  length Brief is denied.   Plaintiff's next two motions [Dkt. #s 105 and 109] seek to enlarge the time to file

20  objections to Judge Strombom's Orders.   Plaintiff's rather abusive system is to first seek reconsideration from

21  Judge Strombom regarding her Order and then when reconsideration is denied, "appeal" to this Court.

22  Apparently, plaintiff forgot to move to reconsider two of Judge Strombom's very reasonable Orders and now

23  he is beyond the time allowed to object so he must ask this Court for more time to file a frivolous objection.

24  Plaintiff's request will be denied.   It is therefore

25      **ORDERED** that Plaintiff's Objections [Dkt. #s 73, 76, 77, 97 and 98] are **DENIED**.   Furthermore,

26  Defendants Versulaw and Joe Acton's objection [Dkt. #115] is also **DENIED**, and Versuslaw and Acton's

27  Motion to Dismiss [Dkt. #116] is **STRICKEN.**   Plaintiff's Motion to Strike [Dkt. #118] and Motion to Stay

28  [Dkt. #119] are denied as **MOOT**.   Plaintiff's Motions to Enlarge Time [Dkt. #s 105 and 109] are **DENIED**.

1    The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing

2  pro se.

3    Dated this 17th day of July, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 3