UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALLAN PARMELEE,

    Plaintiff,

    v.

SANDRA CARTER, *et al*,

    Defendants.

Case No. C05-5646RBL-KLS

ORDER DISMISSING COMPLAINT

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's complaint is **DISMISSED** without prejudice;

(3) Defendants Joe Acton and Versuslaw's Motion for Judgment under Fed. R. Civ. P. 54(b) [Dkt. #122] is **DENIED**.

(4) All remaining motions currently pending before the Court are **DISMISSED** as well;

(5) The Clerk is directed to terminate this action pursuant to Federal Rule of Civil Procedure CR 41; and

(6) The Clerk is directed to send copies of this Order to petitioner and the Honorable Karen L. Strombom.

DATED this 7th day of September, 2006.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1